

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 89, AFL-CIO,<br><br>                       Plaintiff,<br>V.<br>(see attachment)<br><br>                       Defendant. | Civil Action No.  17cv1614-BEN-NLS<br><br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Arbitrator's Award is confirmed in favor of Petitioner. Default judgment is entered in favor of Petitioner against Respondents in the amount of $69,181.65, consisting of the $65,047.15 arbitration award and $4,134.50 in prejudgment interest.

Date:      12/5/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/  A. Hazard

                        A. Hazard, Deputy

## Attachment

MEK Enterprises, Inc., a Delaware Corporation; also known as and does business as "MEK,""MEK Enterprises," and "MEK Contracting"; MEK Enterprises Gov, Inc., a Delaware Corporation; also known as and does business as MEK Contracting,

    Defendants